670

No. 892. UPROAR COMPANY v. NATIONAL BROADCAST-ING Co. ET AL. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Samuel Gottlieb* for petitioner. *Messrs. Melville F. Weston, Harry T. Klein, T. K. Schmuck, A. L. Ashby,* and *Richard Wait* for respondents.

No. 915. BALDWIN ET AL. v. NATIONAL SAVINGS & TRUST Co., TRUSTEE, ET AL. May 4, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Charles D. Hamel* and *Raymond Benjamin* for petitioners. *Messrs. Benjamin S. Minor, H. Prescott Gatley, Arthur P. Drury,* and *Lloyd W. Dinkelspiel* for respondents.

No. 952. GUARANTY TRUST Co. v. MONIER ET AL. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Theodore Kiendl* and *John W. Davis* for petitioner. *Mr. Lorenzo D. Armstrong* for respondents.

Nos. —, original (2 cases). EX PARTE FOX. See *ante,* p. 642.

No. 951. LINDH ET AL. v. BOOTH FISHERIES CORP. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Edwin J. Brown* for petitioners. No appearance for respondent.